UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| HENRY JOHNSON, | Case No.: 3:22-CV-00132-RCJ-CSD |
| Plaintiff, | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 6) |
| v. | |
| BRAD BEAL, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge Craig S. Denney, (ECF No. 6[1]) entered on June 6, 2022, recommending that the Court dismiss this action without prejudice, so that Plaintiff may bring his action in State court, and denying as moot Plaintiff's IFP application (ECF No. 1) and motion for appointment of counsel (ECF No. 4).

This action was referred to Magistrate Judge Denney under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that Magistrate Judge Denney's Report and Recommendation (ECF No. 6) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**, so that Plaintiff may bring his action in State court.

**IT IS FURTHER ORDERED** that Plaintiff's IFP application (ECF No. 1) and motion for appointment of counsel (ECF No. 4) are **DENIED AS MOOT**.

IT IS FURTHER ORDERED that the Clerk of the Court shall **ADMINISTRATIVELY CLOSE** this case.

**IT IS SO ORDERED**.

Dated:  July 26, 2022.

_____
ROBERT C. JONES
United States District Judge